On July 20, 2022, Co-Defendant Albert M. Goldberg ("Mr. Goldberg"), acting pro se, filed a Notice of Removal, ECF No. 1, removing Case No. 3CC16-1-281K from the Third Circuit Court of the State of Hawaii ("State Court") to this court. See 28 U.S.C. § 1441 et seq. (allowing defendants to remove, subject to certain conditions, civil actions brought in state court to a district court of the United States if the district court has original jurisdiction). Plaintiff "Palm Avenue Hialeah Trust, A Delaware Statutory Trust, for and on Behalf and Solely with Respect to Palm Avenue Hialeah Trust, Series 2014-1" ("Palm Avenue Trust" or "Plaintiff") has filed a timely Motion to Remand the action to State Court. ECF No. 5 Mr. Goldberg then filed a Response in Opposition, ECF No. 6, and a "Motion Not to Remand," ECF No. 9; PageID.10, to which Plaintiff filed a Reply, ECF No. 8. Deciding the matter without a hearing under Local Rule 7.1(c), the court GRANTS the Motion to Remand, and DENIES the "Motion Not to Remand." II. DISCUSSION Mr. Goldberg's Notice of Removal violates several federal procedural removal principles. First, as applicable here, a defendant's notice of removal "shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief . . . ." 28 U.S.C. § 1446(b)(1). In this instance, the initial pleading was filed in State Court on August 30, 2016, see ECF No. 1; PageID.1, and personally served on Mr. Goldberg on December 20, 2016, see PageID.32. It was not removed to this court until July 20, 2022, ECF No. 1, which is over five-and-a